Raymond J. Tittmann, No. 191298
rtittmann@wargofrench.com
Edward J. Valdespino No. 272754
evaldespino@wargofrench.com
**WARGO FRENCH LLP**
601 S. Figueroa St., Ste. 4625
Los Angeles CA 90017
Telephone:   310.853.6300
Facsimile:    310.853.6333

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA<br><br>        Plaintiff,<br><br>                    v.<br><br>RUSSELL E.L. BUTLER a/k/a BLACK JEANS,<br><br>        Defendant. | Case No. 3:18-cv-01973-WHA<br><br>STIPULATION TO DISMISS<br><br>Complaint Filed: Mar. 30, 2018<br><br>Hon. William Alsup |

TO THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate to dismissal of this action, *with prejudice*, with each side to bear their own costs and fees.

Case No. 3:18-cv-01973-WHA

STIPULATION TO DISMISS

Dated: October 31, 2018

WARGO FRENCH

By: /s/ Edward J. Valdespino
    Raymond J. Tittmann
    Edward J. Valdespino

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA

Dated: October 31, 2018

BARG COFFIN LEWIS & TRAPP

By: /s/ David M. Metres
    R. Morgan Gilhuly
    David M. Metres

Attorney for Defendant
RUSSELL E.L. BUTLER

Case No. 3:18-cv-01973-WHA      1

STIPULATION TO DISMISS